UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-69
(3:10-cr-110)

| | |
|---|---|
| STEVIE PARKALE LEE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court on Petitioner's Motion under 28, United States Code, Section 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. (Doc. No. 1).

The Court has conducted an initial screening of the petition under Rule 4(b) of the Rules Governing § 2255 Proceedings and finds: (1) the petition has not been signed under penalty of perjury as required Rule 2(b)(5); (2) that Petitioner has provided indicia that the petition was timely filed, see § 2255(f); and (3) Petitioner has asserted a colorable claim for relief cognizable under § 2255(a). Therefore, Petitioner shall have twenty (20) days in which to resubmit the petition signed under penalty of perjury. If Petitioner fails to do so, the petition will be subject to dismissal without further notice. Upon receipt of the petition with Petitioner's signature under penalty of perjury, the Court will direct the United States to respond.

**IT IS, THEREFORE, ORDERED** that Petitioner shall have twenty (20) days from entry of this Order in which to resubmit the petition signed under penalty of perjury. If Petitioner fails to do so, the petition will be subject to dismissal without further notice.

Signed: November 28, 2012

Robert J. Conrad, Jr.
Chief United States District Judge